1542

[Cite as *04/21/2003 Case Announcements,* 2003-Ohio-1982.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*April 21, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–0740.   Purvis v. Cincinnati Ins. Co.**
Greene App. No. 2001CA104, 2002-Ohio-1803. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Greene County. Upon consideration of appellants/cross-appellees' motion to consolidate this case with Supreme Court case Nos. 2002–0610 and 2002–0850 for purposes of oral argument,

IT IS ORDERED by the court that the motion fails for want of four votes on the following vote:
MOYER, C.J., LUNDBERG STRATTON and O'CONNOR, JJ., vote to deny.
F.E. SWEENEY and PFEIFER, JJ., vote to grant.
RESNICK and COOK, JJ., not participating.

[Cite as *04/22/2003 Case Announcements,* 2003-Ohio-2002.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*April 22, 2003*

## MOTION AND PROCEDURAL RULINGS

**1999–1452.   State v. Braden.**
Franklin C.P. No. 98CR084601. Upon consideration of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States and pending the exhaustion of state post-conviction remedies,

IT IS ORDERED by the court that said motion be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and hereby are, stayed pending the timely filing of the petition in the Supreme Court of the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

IT IS FURTHER ORDERED by the court that this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court upon a final disposition by the Supreme Court of the United States or when all proceedings for post-conviction relief before courts of this state have been exhausted, whichever occurs later.

**2003–0433.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1940. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before May 16, 2003.